November 02, 2007

Mr. J. Bruce Bennett
Cardwell, Hart & Bennett, L.L.P.
807 Brazos, Suite 1001
Austin, TX 78701
Mr. Brandon Shawn Belt
113 South 7th Street
Gatesville, TX 76528

RE: Case Number: 06-0874
 Court of Appeals Number: 10-05-00140-CV
 Trial Court Number: 02-389-B

Style: BOSSIER CHRYSLER-DODGE II, INC., D/B/A BOSSIER COUNTRY
 v.
 BRYAN RAUSCHENBERG

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Janet Haydon |
| |Chappell |
| |Ms. Sharri Roessler |